RECEIVED IN
The Court of Appeals
Sixth District

APR 2 1 2014

Texarkana, Texas
Debra Autrey, Clerk



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-1309-13

### JAMES NATHAN ALEXANDER, Appellant

v.

### THE STATE OF TEXAS

## ON STATE'S PETITION FOR DISCRETIONARY REVIEW
## FROM THE SIXTH COURT OF APPEALS
## GREGG COUNTY

*Per curiam.*

## OPINION

Appellant was convicted of murder and sentenced to 30 years in prison. On appeal,

he argued, among other things, that the evidence was insufficient to support the $10,111.50

in court costs assessed against him in the judgment. The Court of Appeals agreed, relying

on *Johnson v. State*, 389 S.W.3d 513 (Tex. App. – Houston [14th Dist.] 2012). *Alexander v.*

*State*, No. 06-12-00133-CR, 2013 Tex. App. LEXIS 10511 (Tex. App. – Texarkana August 21, 2013) (not designated for publication).

The State has filed a petition for discretionary review of this decision. We recently handed down our opinion in *Johnson v. State*, No. PD-0193-13, 2014 Tex. Crim. App. LEXIS 240 (Tex. Crim. App. February 26, 2014), in which we set forth a roadmap for resolving questions regarding court costs. *See also Cardenas v. State*, No. PD-0733-13, 2014 Tex. Crim. App. LEXIS 236 (Tex. Crim. App. February 26, 2014).

The Court of Appeals in the instant case did not have the benefit of our opinion in *Johnson*. Accordingly, we grant the State's petition for discretionary review, vacate the judgment of the Court of Appeals, and remand this case to the Court of Appeals in light of our opinion in *Johnson*. No motion for rehearing will be entertained.

Delivered: April 16, 2014
Do Not Publish

A True Copy
Attest:
Abel Acosta, Clerk
Court of Criminal Appeals of Texas

By: _____
        Deputy